**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **JOB MOSCOT**, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | **NO. MO:20-CV-00059** | |
| § | | |
| **JONES PIPELINE SERVICES, LLC**, § | | |
| *Defendant*. § | | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Stipulation of Dismissal with Prejudice (Doc. 26) filed February 15, 2021.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 17th day of February, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE